UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEB 15 2024 PM3:22
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

OLGA DEDOVETS

CASE NO. 8:24-cr-62-WFJ-JSS

26 U.S.C. § 7206(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 12, 2018, in the Middle District of Florida, the defendant,

OLGA DEDOVETS,

did willfully make and subscribe and cause to be filed with the Internal Revenue Service a false Individual Income Tax Return, Form 1040 for tax year 2017, which was verified by a written declaration that it was made under the penalties of perjury, and which the defendant did not believe to be true and correct as to every material matter. Specifically, the Form 1040 reported that the amount of income attributable to the defendant and another individual with whom she filed a joint return was approximately $460,413.00, due in part to S corporation income of approximately $310,813.00, whereas, as defendant OLGA DEDOVETS knew, her total income

subject to taxation was, in fact, approximately $1,526,618.00, based in part upon actual S corporation income of approximately $1,377,018.00.

In violation of 26 U.S.C. § 7206(1).

ROGER B. HANDBERG
United States Attorney

By: _____
Jay L. Hoffer
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section